JEFFREY S. RUGG, ESQ., Bar No. 10978
jrugg@bhfs.com
BENJAMIN K. REITZ, ESQ., Bar No. 13233
breitz@bhfs.com
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, NV  89106-4614
Telephone:  702.382.2101
Facsimile:  702.382.8135

*Attorneys for Defendants Volkswagen Group of America, Inc.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TIMOTHY LEWIS, an individual;<br><br>　　　　　Plaintiff,<br>v.<br><br>VOLKSWAGEN GROUP OF AMERICA, INC., a corporation; VOLKSWAGEN AKTIENGESELLSCHAFT, a business entity, form unknown; AND DOES 1 through 20, inclusive,<br><br>　　　　　Defendants. | Case No.:  2:16-cv-01732-APG-VCF<br><br>**STIPULATION AND ~~PROPOSED~~ ORDER TO EXTEND TIME** |

Defendant Volkswagen Group of America, Inc. ("VWGoA" or "Defendant"), by and through its counsel of record, the law firm of Brownstein Hyatt Farber Schreck, LLP, and Plaintiff Timothy Lewis ("Plaintiff"), by and through the undersigned counsel of record, the law firm of Hyde & Swigart, hereby stipulate and agree as follows:

In order to conserve the resources of the parties, their counsel and the judiciary, Defendant shall have thirty (30) days to answer or otherwise respond to Plaintiff's Complaint following entry of this Court's decision on Defendant's Motion to Stay (ECF No. 5).

SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE
Dated:  August 9, 2016.

018090\0011\14936326.1

| | |
|---|---|
| Dated this 8th day of August, 2016.<br><br>BROWNSTEIN HYATT FARBER SCHRECK, LLP<br><br><br>By: _/s/ Jeffrey S. Rugg_____<br>JEFFREY S. RUGG, ESQ.<br>BENJAMIN K. REITZ, ESQ.,<br>100 North City Parkway, Suite 1600<br>Las Vegas, NV  89106-4614<br>Telephone:  702.382.2101<br>Facsimile:  702.382.8135<br><br>*Attorneys for Defendants Volkswagen Group of America, Inc.* | Dated this 8th day of August, 2016.<br><br>HYDE & SWIGART<br><br><br>By:___ _/s/ Sara Khosroabadi_____<br>SARA KHOSROABADI, ESQ.<br>7854 W. Sahara Ave.<br>Las Vegas, NV 89117<br>Telephone:   (619) 223-7770<br>Facsimile:    (619) 297-1022<br><br>*Attorneys for Plaintiff Timothy Lewis* |

**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: _____

018090\0011\14936326.1                               2